UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04231
   TASHA P MCCANN
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

              Debtor
      SSN XXX-XX-7547

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 02/25/2008 and was confirmed 07/21/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 02/23/2009.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASSET ACCEPTANCE LLC | UNSECURED | 218.12 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | .00 | .00 | .00 |
| SBC ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| ST MARGARET MERCY HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 661.24 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 171.90 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 350.00 | .00 | .00 |
| CSAC/ED FUNDING ACCOUNTI | UNSECURED | 1750.00 | .00 | .00 |
| SALLIE MAE LOAN SERVICIN | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 160.00 | .00 | .00 |
| CSAC/ED FUNDING ACCOUNTI | UNSECURED | .00 | .00 | .00 |
| CSAC/ED FUNDING ACCOUNTI | UNSECURED | 2033.88 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,454.00 | | 1,589.00 |
| TOM VAUGHN | TRUSTEE | | | 136.00 |
| DEBTOR REFUND | REFUND | | | .00 |

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 1,725.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,589.00 |
| TRUSTEE COMPENSATION | | 136.00 |
| DEBTOR REFUND | | .00 |
| | --------------- | --------------- |

             PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 04231 TASHA P MCCANN

TOTALS                          1,725.00            1,725.00


    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/26/09                 /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE